UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRY G. WILSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-17087** |
| **R.N. JOHN POLITE** | **SECTION: "B"(3)** |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the defendant's motion to dismiss is **GRANTED** and that plaintiff's claim is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of July, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE